NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

WILLIAM ALOYSIUS LOWE,                )
DOC# D90907,                          )
                                      )
            Appellant,                )
                                      )
v.                                    )          Case No. 2D17-4291
                                      )
STATE OF FLORIDA,                     )
                                      )
            Appellee.                 )
_____    )

Opinion filed May 11, 2018.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court for
Manatee County; Brian A. Iten, Judge.

William Aloysius Lowe, pro se.


PER CURIAM.

            Affirmed.


CASANUEVA, SALARIO, and ROTHSTEIN-YOUAKIM, JJ., Concur.